JACOB M. HEATH (STATE BAR NO. 238959)
jheath@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone:    +1 650 614 7400
Facsimile:    +1 650614 7401

Attorneys for Defendant Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE SCOTT,<br><br>            Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., fka FACEBOOK<br><br>            Defendant. | Case No. 3:25-cv-9955<br><br>**ORDER GRANTING META PLATFORMS, INC.'S MOTION TO EXTEND TIME TO RESPOND**<br><br>Judge: Hon. Thomas S. Hixson |

[PROPOSED] ORDER GRANING MOTION TO EXTEND META'S TIME TO RESPOND

**[ ORDER**

Having considered the parties' papers, the applicable law, the relevant pleadings and papers on file, and arguments with respect to Defendant Meta Platforms, Inc.'s Motion to Extend Time pursuant to Local Rule 6-3, the Court concludes that Defendant's Motion is **GRANTED**.  For good cause shown, Meta's deadline to respond to Plaintiff's Amended Complaint is extended to May 7, 2026.

**IT IS SO ORDERED.**

Dated: _April 20, 2026_____

_____
Hon. Thomas S. Hixson
United States Magistrate Judge

- 1 -
[PROPOSED] ORDER GRANING MOTION TO EXTEND META'S TIME TO RESPOND