UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE SCOTT,<br><br>            Plaintiff,<br><br>    v.<br><br>META PLATFORMS INC.,<br><br>            Defendant. | Case No.  25-cv-09955-TSH<br><br>**ORDER RE:  AMENDED COMPLAINT AND RESPONSE** |

Plaintiff Natalie Scott, proceeding *pro se*, filed suit against Defendant Meta Platforms, Inc. ("Meta"), alleging that she suffered harm in connection with her Facebook account.  ECF No. 1-2. On March 3, 2026, the Court granted Meta's motion to dismiss the Complaint in its entirety and granted Scott the opportunity to file an amended complaint by April 2, 2026.  ECF No. 50.  As of April 8, 2026, Scott had not filed an amended complaint, and the Court ordered her to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines.  ECF No. 58.  The Court ordered Scott to respond by April 23, 2026.  *Id.*

Meta subsequently informed the Court that Scott served Meta with her amended complaint on April 2, 2026.  ECF No. 59.  However, as of April 27, 2026, Scott had not filed the amended complaint on the docket.  The Court extended Meta's time to respond to the amended complaint to May 7, 2026.  ECF No. 60.  The Court also ordered Scott to file her amended complaint on the docket by May 4, 2026.  ECF No. 61.

On May 4, 2026, Scott filed a Letter Brief with the Court.  ECF No. 62.  She explains that she submitted her amended complaint to the Court on April 2, 2026; due to its size, she had to upload her amended complaint using a link provided by the Federal Pro Bono Project.  *Id.*  Scott is not sure if the amended complaint was not accepted by the Court because of how it was submitted

"or if it is due to the format used for her Amended Complaint." *Id.* Scott states she is prepared to submit "another" amended complaint if the Court views the "original" amended complaint as not acceptable. *Id.* Later that day, Scott filed a document titled "Amended Complaint" on the docket. ECF No. 63. In this document, Scott includes "the content of the original complaint," and "all highlighted content is the amended content that was submitted to the court and to Meta Platforms, Inc. on April 2, 2026." *Id.* at 5. Scott used this format to comply with the Court's Standing Order. *Id.*

The Court understands Scott's frustration with trying to file her amended complaint, given its size. And the Court appreciates that Scott is attempting to comply with the Court's orders. The Court advises Scott that it did not receive an amended complaint on April 2, 2026. Further, there are a few problems with Scott's amended complaint filed on May 4, 2026, at ECF No. 63. First, Scott's amended complaint should be just the amended complaint and not a redlined version comparing it to her original complaint. Second, the amended complaint must contain all referenced exhibits as attachments. *See* ECF No. 57 ("Any exhibits Plaintiff wishes the Court and Defendant to consider as part of her pleadings must be filed as attachments to the amended complaint."). The Court understands that this poses challenges due to the volume of exhibits, and the Court provides direction below for how to address this problem. Finally, Scott should file the same amended complaint with the Court that she served on Meta on April 2, 2026. If Meta is to respond to that pleading, the Court also needs a copy of that same pleading.

Putting this together, the Court advises Scott as follows:

1. Scott should file her amended complaint with the Court through ECF. She can break up the filing into attachments (by first filing the main amended complaint document and then filing exhibits as attachments) given the size of her amended complaint. The Court's website (https://cand.uscourts.gov/cases-e-filing/cmecf-information/preparing-your-cmecf-filing) contains instructions for this process under "What are my options if my PDF file is too big?" Scott may also reach out to the ECF Help Desk if she needs additional help by email (ECFhelpdesk@cand.uscourts.gov) or by phone ((866) 638-7829).

2. Scott's amended complaint must be only the amended complaint (not a version comparing it to the original complaint), and it must be the same amended complaint that was served on Meta.

3. With her amended complaint, Scott must file a statement confirming that this is the same amended complaint that was served on Meta on April 2, 2026.

The Court **ORDERS** Scott to file an amended complaint that complies with the above instructions no later than May 13, 2026. The Court **STRIKES** the amended complaint at ECF No. 63 as it is not a proper amended complaint. Notice is hereby provided that failure to file an amended complaint will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive the amended complaint by the deadline above.

As for Meta's response—that is currently due on May 7, 2026—the Court **STAYS** the response to Scott's amended complaint. Once the Court receives an amended complaint from Scott that complies with the Court's directives, the Court will issue an order setting a deadline for Meta's response.

**IT IS SO ORDERED.**

Dated: May 6, 2026

THOMAS S. HIXSON
United States Magistrate Judge