UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATALIE SCOTT,

Plaintiff,

v.

META PLATFORMS INC.,

Defendant.

Case No. 25-cv-09955-TSH

**ORDER DISCHARGING SHOW CAUSE ORDER AND ORDER RE: META'S RESPONSE TO AMENDED COMPLAINT; SCOTT'S LETTER BRIEF**

Plaintiff Natalie Scott, proceeding *pro se*, filed suit against Defendant Meta Platforms, Inc. ("Meta"), alleging that she suffered harm in connection with her Facebook account. ECF No. 1-2. On March 3, 2026, the Court granted Meta's motion to dismiss the Complaint in its entirety and granted Scott the opportunity to file an amended complaint by April 2, 2026. ECF No. 50.

On April 8, 2026, the Court issued a show cause order as Scott had not filed an amended complaint. ECF No. 58. Meta then informed the Court that Scott served Meta with her amended complaint on April 2, 2026. ECF No. 59. However, Scott did not file that amended complaint on the docket. On May 4, 2026, Scott filed a document titled "Amended Complaint" on the docket. ECF No. 63. Because that document was not a proper amended complaint, the Court ordered Scott to file an amended complaint by May 13, 2026. ECF No. 64. The Court directed Scott to "file the same amended complaint with the Court that she served on Meta on April 2, 2026." *Id.*

On May 13, 2026, Scott filed a document titled "Amended Complaint" on the docket. ECF No. 65; *see also* ECF Nos. 66–68, 71–73 (Exhibits to Amended Complaint). On May 27, 2026, Meta filed a Motion to Dismiss Scott's Amended Complaint. ECF No. 74. From reviewing Meta's Motion, it is clear that Meta is moving to dismiss an amended complaint that is not on the docket. For example, Meta's Motion refers to "13 alleged incidents" by Scott, but Scott's most recently filed amended complaint refers to 16 incidents in her "summary of incidents." *Compare*

United States District Court
Northern District of California

ECF No. 74 at 3:7 (Motion) *with* ECF No. 65 at 2 (Amended Complaint). Thus, it appears that Scott did not file the same amended complaint on the docket that she served on Meta on April 2, 2026, as the Court ordered her to do.

To resolve this issue, the Court orders the following. Given Scott's *pro se* status and the fact that she substantially complied with the Court's orders regarding her amended complaint, the Court **DISCHARGES** the show cause order. The Court accepts Scott's filing at ECF No. 65 (and the associated Exhibits) as the operative First Amended Complaint ("FAC"). The Court **ORDERS** Meta to respond to Scott's FAC no later than June 12, 2026. And the Court **DENIES WITHOUT PREJUDICE** Meta's Motion to Dismiss at ECF No. 74.

Finally, Scott filed a Letter Brief with the Court on May 28, 2026, stating that on May 27, 2026, the Court granted Meta's Motion to Dismiss the FAC with prejudice. ECF No. 75. That is incorrect. The May 27 filing was Meta's Motion to Dismiss, not a Court order. As discussed in this order, the Court denies without prejudice Meta's Motion to Dismiss.

The Court again encourages Scott to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Scott may also wish to obtain a copy of this District's Handbook for Litigants Without a Lawyer, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at:

https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: May 29, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge

2